IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 02 2008
at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | DOCKET NO. CR 04-00102DAE-02 |
| vs. ) | |
| ) | |
| TOFAO FALA TAGALOA ) | |
| ) | |

### ORDER GRANTING PERMISSION TO LEAVE JURISDICTION

The Court has been advised that the above-named individual has requested that she be permitted to leave the jurisdiction of the United States and travel to Apia, Samoa, and that the United States Probation Office has no objection.

IT IS ORDERED that the above-named subject be permitted to leave the jurisdiction of the United States from on or about 7/9/08 through on or about 7/12/08.

Dated: July 1, 2008, at Honolulu, Hawaii.

_____
DAVID ALAN EZRA
U.S. District Judge